**No. 56103.**—Kaufmann Dept. Stores Co., Inc., and The May Dept. Stores *v.* United States, protests 139742–K and 139472–K (New York).

Opinion by FORD, J. The protests were dismissed.